IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HEATHER L. BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-10-1095-C |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Bana Roberts on July 30, 2012. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of Judge Roberts (Dkt. No. 29) is adopted and the decision of the Commissioner denying Plaintiff's applications for disability insurance benefits and supplemental security income payments is affirmed. A judgment shall enter accordingly.

IT IS SO ORDERED this 23rd day of August, 2012.

ROBIN J. CAUTHRON
United States District Judge